# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2254
LT Case No. 2010-030536-CFAES

_____

JORGE CERVANTES,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 appeal from the Circuit Court for Volusia County.
Leah R. Case, Judge.

Jorge Cervantes, Okeechobee, pro se.

Ashley Moody, Attorney General, Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney General, Daytona Beach, for
Appellee.

November 21, 2023

PER CURIAM.

    AFFIRMED.

LAMBERT, SOUD, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____